## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 784010-22-0025 | 12/13/23 0600hrs | Veronica Gutierrez |

Inventory made in the presence of: SA Pedersen

Inventory of the property taken and name of any person(s) seized:

- 4 boxes of assorted ammunition
- 1 bag of rifle ammunition

SG

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/13/23

*Executing officer's signature*

SA Samuel Garcia
*Printed name and title*